IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANDON CUMMINGS | : | CIVIL ACTION |
| v. | : | |
| PATRICIA H. JENKINS | : | NO. 09-cv-0251-JF |

ORDER

AND NOW, this 19th day of January 2010, upon consideration of Plaintiff's "Supplemental Amendment to Complaint" and "Motion for Order to Have Complaint Served Upon Defendants," IT IS ORDERED:

1. That Plaintiff's motion to proceed *in forma pauperis* is GRANTED and the Clerk of Court is directed to assess the filing fee in accordance with the Court's Order of January 29, 2009.

2. That the case is DISMISSED for failure to state a claim upon which relief can be granted.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.